IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONNA K. DAY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO.  05-075-GPM |
| | ) |
| **JO ANNE B. BARNHART, Commissioner** | ) |
| of Social Security, | ) |
| | ) |
|     **Defendant.** | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This matter came before the Court on a Report and Recommendation from Magistrate Judge Clifford J. Proud which recommended denial of Plaintiff's petition for judicial review of a final agency decision denying her certain social security benefits.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's March 29, 2006, Memorandum and Order, the Report and Recommendation (Doc. 16) is **ADOPTED**, and the final decision of the Commissioner of Social Security is **AFFIRMED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that this action is **DISMISSED on the merits.**  The parties shall bear their own costs.

    **DATED**:  03/29/06

                                              NORBERT G. JAWORSKI, CLERK

                                              By:  s/ Linda M. Cook
                                                     Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
                G. PATRICK MURPHY
                U.S. DISTRICT JUDGE